UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,

Plaintiffs,

-against-

ADIE OGBOURNE,

Defendant.

Civil Action No.: 05CV1110 (DGT)

Filed Electronically

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18, 2005 ★

P.M. _____
TIME A.M. _____

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand and Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Fifteen Dollars ($315.00).

1

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Stranger In My House," on album "A Nu Day," by artist "Tamia" (SR# 293-084);
- "Gotta Man," on album "Let There Be Eve...Ruff Ryder's First Lady," by artist "Eve" (SR# 265-925);
- "I Believe In You And Me," on album "Preacher's Wife Soundtrack," by artist "Whitney Houston" (SR# 242-260);
- "Human Nature," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);
- "It's So Hard to Say Goodbye to Yesterday," on album "Cooleyhighharmony," by artist "Boyz II Men" (SR# 212-333);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "This Is For the Lover in You," on album "Three For Love," by artist "Shalamar" (SR# 28-517);
- "Girls Dem Sugar," on album "Art And Life," by artist "Beenie Man" (SR# 284-383);
- "The Power of Love," on album "The Colour of My Love," by artist "Celine Dion" (SR# 191-558);
- "Man In The Mirror," on album "Bad," by artist "Michael Jackson" (SR# 84-256);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: May 9, 2005

By: s/David G. Trager
Hon. David G. Trager
United States District Judge